JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY O'BRIEN and SHAUN O'BRIEN,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; NGP MOTORS, INC. dba SUNRISE FORD OF NORTH HOLLYWOOD, a California Corporation; and DOES 1 through 10, inclusive,,<br><br>Defendant. | Case No. 2:24-cv-04969-AB-PVC<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 28, 2024

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.